UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DADE DIVISION

In re:

MICHAEL FISCHMAN,                     Case Number 05-12795-BKC-RAM
SSN XXX-XX-9197                        Chapter 7

     Debtor.
_____/

### DEBTOR'S MOTION TO REOPEN CHAPTER 7 CASE, AVOID LIENS IMPAIRING HOMESTEAD EXEMPTION AND TO ALLOW SUBSTITUTION OF COUNSEL BY KINGCADE & GARCIA, P.A.
(Includes Supplemental Fee Disclosure and Request for Court Approval)

Debtor, **MICHAEL FISCHMAN,** by and through undersigned counsel, pursuant to 11 U.S.C. § 522(f) and Rules 4003 and 9014 of the Federal Rules of Bankruptcy Procedure, hereby files this *Motion to Reopen Chapter 7 Case, Avoid Liens Impairing Homestead Exemption, and to Allow Substitution of Counsel by Kingcade & Garcia, P.A.* , and avers:

1.    **MICHAEL FISCHMAN** (the "Debtor") filed a petition for relief under Chapter 7 of the United States Bankruptcy Code on April 11, 2005 (the "Petition Date").

2.    The Debtor claimed as homestead his interest in the condominium unit located at 8707 SW 152 Avenue, #329, Miami, FL 33193 (the "Property"). The Property is legally described as follows:

> UNIT NO. 329 IN PHASE NO. 23 OF TIFFANY LAKES, ACCORDING TO THE DECLARATION THEREOF, AS RECORDED IN OFFICIAL RECORDS BOOK 17103, AT PAGE 774, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

3.    The basis for the Debtor's claimed exemption of the Property is Article X, Section 4(a), of the Florida Constitution, which provides that the Debtor's homestead is exempt from the claims of all nonconsensual liens.

Page 2.

4. Before the Petition Date, various judgment creditors (collectively the "Judgment Creditors") were awarded final judgments against the Debtor, and those judgments were recorded in the public records in and for Miami-Dade County, Florida (collectively the "Judgments"). Copies of the judgments are attached hereto as Composite Exhibit "A" and are incorporated herein by reference.

5. The Judgments were recorded in the Public Records of Dade County, Florida multiple times as follows:

| Creditor | Official Records Book | Page |
|---|---|---|
| Sears, Roebuck & Co. | 19841 | 1099 |
| Fan Distributing, LLC | 22536 | 4949 |
| Fan Distributing, LLC | 22672 | 449 |

6. The trustee conducted and concluded the meeting of creditors more than 30 days before the date the Debtor filed this motion, and the time to object to exemptions has expired. No such objections were filed.

7. The Judgments impair the Debtor's homestead exemption on the Property.

8. The Debtor wishes to refinance the property and needs an order avoiding the Judgments under 11 U.S.C. §522(f) and Article X, Section 4(a), of the Florida Constitution in order to close.

9. The Debtor hereby respectfully requests that Kingcade & Garcia, P.A. be allowed to substitute as their counsel in place of Patrick L. Cordero, Esq.

10. The Debtor has requested and believes that the service of filing this motion is necessary for the administration of his case. The attorney for the Debtor has received a fee of **$750.00** for filing and prosecuting this motion and representing the Debtor in the Chapter 7 case and **$250.00** for court costs and re-opening fees and seeks court approval of the fee pursuant to 11 U.S.C. § 329 and Rule 2016 of the Federal Rules of Bankruptcy Procedure. The

WHEREFORE, the Debtor, **MICHAEL FISCHMAN**, respectfully requests that this honorable Court enter an order avoiding the judgment liens, and for any other relief deemed just and proper in the circumstances.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent, via Regular U.S. Mail, this 26 day of July 2006, to all parties listed below.

| | | |
|---|---|---|
| Marcia T. Dunn<br>P.O. Box 561507<br>Miami, FL 33256-1507 | Sears, Roebuck & Co.<br>c/o Hiday & Ricke, P.A.<br>P.O. Box 550858<br>Jacksonville, FL 32255 | Sears, Roebuck & Co.<br>P.O. Box 450087<br>Atlanta, GA 31145 |
| Sears, Roebuck & Co.<br>c/o CT CORPORATION SYSTEM, R.A.<br>1200 S. PINE ISLAND ROAD<br>PLANTATION, FL 33324 | Fan Distributing, LLC.<br>3300 Monroe Avenue<br>Suite 205<br>Rochester, NY 14618-4626<br>NO R.A. OR FDIC ADDRESS | Fan Distributing, LLC<br>c/o Cory S. Zadanosky, Esq.<br>Tescher, Lippman & Valinsky<br>100 NE 3rd Avenue, Suite 610<br>Ft. Lauderdale, FL 33301 |

Patrick L. Cordero, Esq.
198 NW 37 Avenue
Miami, FL 33125

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

KINGCADE & GARCIA, P.A
Counsel for the Debtor
Kingcade Building
1370 Coral Way
Miami, Florida 33145-2960
WWW.MIAMIBANKRUPTCY.INFO
Telephone: 305-285-9100

☐ Timothy S. Kingcade, Esq., FBN 082309
☐ Wendy Garcia, Esq., FBN 0865478
☐ Sandra Navarro-Garcia, Esq., FBN 188735
☐ Jessica L. McMaken, Esq., FBN 580163

OFF. REC BK.
1984 PG 1099

IN THE COUNTY COURT, IN THE
ELEVENTH JUDICIAL CIRCUIT, IN AND
FOR DADE COUNTY, FLORIDA

CASE NO.: 2001-11616-SP-23
DIVISION:

SEARS, ROEBUCK & CO.,

    Plaintiff,

vs.

MICHAEL FISCHMAN,
an Individual,

    Defendant.
_____/

### FINAL JUDGMENT
### (Execution Withheld)

This Cause, having come before the Court on July 5, 2001 for pretrial conference, and the defendant, Michael Fischman having admitted the indebtedness set forth in the complaint, Michael Fischman indebted to plaintiff in the principal sum of $2,214.71 and prejudgment interest in the sum of $84.34. The Court further finds that plaintiff is entitled to recover its taxable costs in the amount of $117.00.

ORDERED and ADJUDGED that the plaintiff, Sears, Roebuck & Co., recover from Defendant, Michael Fischman, the principal sum of $2,214.71, prejudgment interest in the sum of $84.34 and costs of $117.00, for a total award of $2,416.05, which shall bear interest at the rate of eleven percent (11%) per year, with execution stayed pending payment by Michael Fischman to Sears, Roebuck & Co. in the sum of $50.00 monthly beginning August 15, 2001, and continuing thereafter until paid in full. Payments are to be remitted payable to Hiday & Ricke, P.A. and mailed to Post Office Box 550858, Jacksonville, FL 32255-0858. If the Defendant(s) shall fail to comply, Sears, Roebuck & Co. (or its successors and assigns) shall have execution upon written application and without further hearing.

ORDERED at ADJUDGED in Dade County, Florida, on 30 day of _____, 2001.

County Court Judge

Copies To:
Michael Fischman, 245 N.W. 109Th Avenue Apt. 106, Miami, FL. 33172-5223
Hiday & Ricke, P.A., Post Office Box 550858, Jacksonville, FL 32255

Pursuant to F.S. 55.10; Plaintiff's name and address is Sears, Roebuck & Co., 7023 Albert Pick Rd., Greensboro, NC 27409

2001137O/ FJ execution withheld

SIGNED AND DATED
JUL 30 2001
JUDGE MARY JO FRANCIS

STATE OF FLORIDA, COUNTY OF DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the original on file in this office...
HARVEY RUVIN, Clerk...
Deputy Clerk

RECORDED IN OFFICIAL RECORDS
OF DADE COUNTY, FLORIDA
RECORD VERIFIED
HARVEY RUVIN
CLERK CIRCUIT COURT

EXHIBIT "A"

CFN 2004R0826827
OR Bk 22672 Pgs 0449 - 450; (2pgs)
RECORDED 09/22/2004 08:52:50
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA

IN THE COUNTY COURT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

SMALL CLAIMS DIVISION

CASE NO. 04-8900 SP 23 (2)

FAN DISTRIBUTING, LLC,
a New York limited liability company,

    Plaintiff,

vs.

MICHAEL FISCHMAN,

    Defendant.
_____/

## FINAL DEFAULT JUDGMENT

This action was heard after entry of a default against defendant, Michael Fischman, and

IT IS ADJUDGED that plaintiff, Fan Distributing, LLC, shall recover from defendant, Michael Fischman, principal in the amount of $3,049.04, prejudgment interest of $2,395.85, attorneys' fees in the amount of $750.00 and costs in the amount of $175.00 for a total of $6,369.89 that shall bear interest at the rate of 7% per year, for which let execution issue.

DONE AND ORDERED in chambers at Miami-Dade County, Florida on the ___ day of _____, 2004.

SIGNED AND DATED
JUL 27 2004

STATE OF FLORIDA, COUNTY OF DADE
THIS IS TO CERTIFY THE FOREGOING
TRUE AND CORRECT COPY OF THE DOCUMENT
ON FILE OR OF PUBLIC RECORD IN THIS OFFICE.
WITNESS MY HAND AND OFFICIAL SEAL
THIS ___ DAY OF SEP 01 2004
HARVEY RUVIN, CLERK OF CIRCUIT COURT
BY _____ D.C.

JUDGE ____HARDT

1061.001/04-22005

Bk 22536 Pg 4949 CFN 20040656724 08/03/2004 12:25:47 Pg 1 of 2 Mia-Dade Cty, FL

CASE NO. 04-8900 SP 23 (2)

Fan Distributing, LLC
3300 Monroe Avenue, Suite 324
Rochester, NY 14518

c/o Cory S. Zadanosky, Esq.
Tescher Lippman & Valinsky
100 Northeast Third Avenue, Suite 610
Fort Lauderdale, Florida 33301

Michael Fischman
245 NW 109th Avenue
Miami, Florida 33172

OR BK 22672 PG 0450
LAST PAGE

1061.001/04-22005

2